**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Cause No. 2:06-CR-179 PPS |
| TONY L. YEAKLE, ) | |
| ) | |
| Defendant. ) | |

**ORDER AND OPINION**

Defendant Tony Yeakle is charged pursuant to 18 U.S.C. § 2422(b) with one count of using the internet to knowingly attempt to persuade, induce and coerce an individual the defendant believed to be under the age of 18 to engage in unlawful sexual activity in violation of Indiana law. (In fact, he was communicating with an undercover law enforcement officer).

Yeakle moves to dismiss the indictment under Rule 12(b)(3)(B) of the Federal Rules of Criminal Procedure, but the indictment does state an offense and dismissal is therefore inappropriate. Yeakle's motion is more properly construed as a request for a bill of particulars under Rule 7(f). In particular, Yeakle claims that the indictment fails to notify him *which* Indiana law he is alleged to have violated. He is correct. Therefore, we convert Defendant's Motion to Dismiss into a request for a bill of particulars and hereby **ORDER** the government to file a bill of particulars within ten days specifically delineating which Indiana law Yeakle is alleged to have violated.

**SO ORDERED**.

ENTERED: October 27, 2006

s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT